<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CHARLES HARRIS, JR.** : | | |
| : | | |
| Plaintiff, : | **Civil Action No. 07-5299 (JLL)** | |
| v. : | | |
| : | **OPINION AND ORDER** | |
| **LT. (FIRST NAME UNKNOWN)** : | | |
| **LATAMORE, ET AL.** : | | |
| : | | |
| Defendants. : | | |
| : | | |

**OPINION**

This matter having come before the Court by way of submission dated November 29, 2008 (Docket Entry No. 52) and December 7, 2008 (Docket Entry No. 55) regarding the second request by Plaintiff Charles Harris, Jr. ("Plaintiff") for the appointment of counsel;

and Plaintiff having made previous applications for the appointment of counsel and the Court having reviewed the <u>Tabron</u> factors and having concluded that the factors do not support Plaintiff's requests for appointed counsel, <u>see</u> Order dated August 12, 2008;

and Plaintiff having provided no new arguments in support of his request for appointed counsel;

**ORDER**

**IT IS** on this 23rd day of December, 2008

**ORDERED** that, for the reasons set forth above, Plaintiff's request for the appointment of counsel is **DENIED**; and it is further

**ORDERED** that the Court shall serve copy of this Order and the aforementioned Order dated August 12, 2008 via certified mail.

    *s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**